UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

ARJUN TEHARA,

                Defendant.

CASE NO. MJ25-376

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with improper entry by alien. The government proffered that law enforcement was informed that Defendant is a citizen of the United Kingdom, was convicted of a controlled substance offense in that country and then filed to appear for his sentencing hearing. The Court finds defendant poses a serious risk to flee.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

2  counsel;

3       (3)     On order of a court of the United States or on request of an attorney for the

4  Government, the person in charge of the correctional facility in which Defendant is confined

5  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6  connection with a court proceeding; and

7       (4)     The Clerk shall provide copies of this order to all counsel, the United States

8  Marshal, and to the United States Probation and Pretrial Services Officer.

9       DATED this 16th day of June, 2025.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2